## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHRISTINA HENDRIX**<br>**1930 Anchor Lane**<br>**Worden, IL 62097** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | Case No. _____ |
| | : | |
| **MOHAMMED YOUSUF**<br>**7313 Elgar Street**<br>**Springfield, VA 22151** | : | |
| | : | |
| **Defendant** | : | |

### COMPLAINT

COMES NOW the Plaintiff, CHRISTINA HENDRIX, by and through counsel, and sues the Defendant, MOHAMMED YOUSUF, and for reasons states as follows:

1. This Court has jurisdiction over the subject matter herein pursuant to Title 11, Section 921, et seq., of the District of Columbia Code.

2. That on or about July 15, 2014, the Plaintiff, CHRISTINA HENDRIX, was a passenger in a motor vehicle operated by the Defendant, MOHAMMED YOUSUF, on the Southeast/Southwest Freeway, Washington, D.C.

3. That at the same time and place aforesaid, the Defendant, MOHAMMED YOUSUF, changed lanes and collided with a motor vehicle driven by Carlos Ventura.

4. That the Defendant, MOHAMMED YOUSUF, had a duty to operate his vehicle without negligence and with due regard for the safety of others, in conformity of the laws of the District of Columbia.

5. That the Defendant, MOHAMMED YOUSUF, breached his duty to the Plaintiff when he failed to pay full time and attention to his driving, failed to keep a proper lookout, was speeding, made an unsafe lane change, changed lanes without caution, failed to yield the right of way, failed to keep his vehicle under proper control, was traveling too fast for roadway conditions, failed to control his vehicle speed so as to avoid a collision, and drove his vehicle in a negligent, reckless, and

careless manner, all in violation of the motor vehicle rules and regulations of the District of Columbia then and there in full force and effect.

6. That as a direct and proximate result of the aforesaid carelessness and negligence of the Defendant, MOHAMMED YOUSUF, the Plaintiff, CHRISTINA HENDRIX, was caused to suffer various painful, serious, and permanent injuries to her mind and body, which necessitated past, present and possible future medical care and attention at great expense, and the loss of time and earnings from her gainful employment and possible future wage loss, property damage, out-of-pocket expenses, and other damages.

WHEREFORE, the Plaintiff, CHRISTINA HENDRIX, demands judgment against the Defendant, MOHAMMED YOUSUF, in the amount of Thirteen Million Dollars ($13,000,000.00), post-judgment interest, and costs.

Respectfully Submitted,

**LAW OFFICE OF ANDREW S. KASMER, P.C.**

*/s/ John Robert Kelly*

John Robert Kelly, Esquire #501783
4020 University Drive, Suite 501
Fairfax, VA 22030
(703) 385-1701 - phone
(703) 385-1120 - facsimile
jrkellylaw@hotmail.com
Counsel for Plaintiff

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

**CHRISTINA HENDRIX**            :
**1930 Anchor Lane**             :
**Worden, IL 62097**            :
                                 :
    **Plaintiff**        :
                                 :
    **vs.**              :    **Case No.** _____
                                 :
**MOHAMMED YOUSUF**              :
**7313 Elgar Street**            :
**Springfield, VA 22151**        :
                                 :
    **Defendant**        :

### JURY DEMAND

Plaintiff demands a jury trial on all issues presented herein.

Respectfully Submitted,

**LAW OFFICE OF ANDREW S. KASMER, P.C.**

*/s/ John Robert Kelly*
_____
John Robert Kelly, Esquire #501783
4020 University Drive, Suite 501
Fairfax, VA 22030
(703) 385-1701 - phone
(703) 385-1120 - facsimile
jrkellylaw@hotmail.com
Counsel for Plaintiff

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

Civil Action No. __2017CA001621 V__

__Christina Hendrix__        **VS**        __Mohammed Yousut__

Plaintiff        Defendant

## AFFIDAVIT OF SERVICE BY SPECIAL PROCESS SERVER

I, _Robert Pineda_, age 18 or older, residing or working at **1250 Connecticut Avenue, NW, Washington, D.C. 20036**, am not a party and have no interest in this case. On _3-17-_, 20 **17**, at **2:50** AM/**PM**.

1. I served a copy of the **Summons, Complaint, Initial Order, Praecipe Regarding Discovery, Interrogatories, Request for Admissions, Request for Production of Documents, Expert Witness List, Witness List,** and any attachments as follows on defendant _Mohammed Yousut_

☒ Personally at _7313 Elgar St, Springfield, VA 22151_

☒ By leaving said copy with _Jane Doe_, a person of suitable age and discretion, who stated that he/she works/resides with the defendant at _____

☐ By leaving said copy with_____ at _____

He/She stated that they are authorized to accept service on behalf of the above defendant by statute or law and his/her official capacity is _____

2. Below, you must set forth specific facts from which the Court can determine that process was served as indicated above and in compliance with SCR CIV 4, including a physical description (approximate age, height, weight) of any person on whom service was made:

_Other, F, 5'5", 135 lbs, 60 yrs._
_The lady refused to give me her name and stated_
_the defendant was not home. She was in a bathrobe_

Subscribed and sworn to before me this _22nd_ day of _March_, 201_7_

_Amanda M. Lima_
Notary Public / Deputy Clerk

_06/27/2019_
My Commission Expires

NOTE: A separate Affidavit of Service is required for each named Defendant.

Form CV-3035/Jun 2011

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## Civil Division
### 500 Indiana Avenue NW
### Washington, D.C. 20001

### April 20, 2017

CASE NAME: CHRISTINA HENDRIX Vs. MOHAMMED YOUSUF et al
CASE NO. 2017 CA 001621 V

## ORDER OF DEFAULT

Defendant having failed to timely respond to the complaint, the Clerk hereby enters a default against defendant pursuant to Rule 55(a) of the Superior Court Rules of Civil Procedure. AS TO MOHAMMED YOUSUF

Notwithstanding the entry of default, an Initial Scheduling Conference remains set for **06/16/2017** at **9:30 am** before the Honorable **BRIAN F HOLEMAN** in **Courtroom 214**. The defendant is encouraged to attend.

Civil Division, Quality Review Branch, Room 5000, Phone: (202) 879-1686



D. C. Superior Court
500 Indiana Avenue NW
Room 5000
Washington D.C. 20001



U.S. POSTAGE ≫ PITNEY BOWES

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

$ 000.46
0001402431 APR 21 2017

RASIER, LLC
1455 Market Street
4th Floor
SAN FRANCISCO, CA  94103

2017 CA 001621 V

CAOOD-55

Filed
D.C. Superior Court
04/17/2017 13:10PM
Clerk of the Court

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

**CHRISTINA HENDRIX**
1930 Anchor Lane
Worden, IL 62097

       **Plaintiff**

       vs.

**MOHAMMED YOUSUF**
7313 Elgar Street
Springfield, VA 22151

and

**UBER TECHNOLOGIES INC.**
1455 Market Street, 4ᵗʰ Floor
San Francisco, CA, 94103

Serve Registered Agent:
National Registered Agents Incorporated
1015 15ᵗʰ Street, NW
Suite 1000
Washington, DC 20005

and

**RASIER, LLC**
1455 Market Street, 4ᵗʰ Floor
San Francisco, CA, 94103

Serve Registered Agent:
National Registered Agents Incorporated
1015 15ᵗʰ Street, NW
Suite 1000
Washington, DC 20005

       **Defendants**

Case No. 2017 CA 001621 V

### AMENDED COMPLAINT

    COMES NOW the Plaintiff, CHRISTINA HENDRIX, by and through counsel, and sues the

Defendants, MOHAMMED YOUSUF, UBER TECHNOLOGIES INC., and RASIER, LLC, and

for reasons states as follows:

    1. This Court has jurisdiction over the subject matter herein pursuant to Title 11, Section

921, et seq., of the District of Columbia Code.

-1-

2.  That on or about July 15, 2014, the Plaintiff, CHRISTINA HENDRIX, was a passenger in a motor vehicle operated by the Defendant, MOHAMMED YOUSUF, who was acting individually, and/or as servant, agent and/or employee of the Defendant, UBER TECHNOLOGIES INC., and/or the Defendant, RASIER, LLC, on the Southeast/Southwest Freeway, Washington, D.C.

3.  That at the same time and place aforesaid, the Defendant, MOHAMMED YOUSUF, individually, and/or as servant, agent and/or employee of the Defendant, UBER TECHNOLOGIES INC., and/or the Defendant, RASIER, LLC, changed lanes and collided with a motor vehicle driven by Carlos Ventura.

4.  That the Defendant, MOHAMMED YOUSUF, individually, and/or as servant, agent and/or employee of the Defendant, UBER TECHNOLOGIES INC., and/or the Defendant, RASIER, LLC, had a duty to operate his vehicle without negligence and with due regard for the safety of others, in conformity of the laws of the District of Columbia.

5.  That the Defendant, MOHAMMED YOUSUF, individually, and/or as servant, agent and/or employee of the Defendant, UBER TECHNOLOGIES INC., and/or the Defendant, RASIER, LLC, breached his duty to the Plaintiff when he failed to pay full time and attention to his driving, failed to keep a proper lookout, was speeding, made an unsafe lane change, changed lanes without caution, failed to yield the right of way, failed to keep his vehicle under proper control, was traveling too fast for roadway conditions, failed to control his vehicle speed so as to avoid a collision, and drove his vehicle in a negligent, reckless, and careless manner, all in violation of the motor vehicle rules and regulations of the District of Columbia then and there in full force and effect.

6.  That as a direct and proximate result of the aforesaid carelessness and negligence of the Defendant, MOHAMMED YOUSUF, individually, and/or as servant, agent and/or employee of the Defendant, UBER TECHNOLOGIES INC., and/or the Defendant, RASIER, LLC, the Plaintiff, CHRISTINA HENDRIX, was caused to suffer various painful, serious, and permanent injuries to her mind and body, which necessitated past, present and possible future medical care and attention at great expense, and the loss of time and earnings from her gainful employment and possible future

-2-

wage loss, property damage, out-of-pocket expenses, and other damages.

WHEREFORE, the Plaintiff, CHRISTINA HENDRIX, demands judgment against the Defendants, MOHAMMED YOUSUF, UBER TECHNOLOGIES INC., and RASIER, LLC, *jointly and severally*, in the amount of Thirteen Million Dollars ($13,000,000.00), post-judgment interest, and costs.

Respectfully Submitted,

**LAW OFFICE OF ANDREW S. KASMER, P.C.**

*/s/ John Robert Kelly*

John Robert Kelly, Esquire #501783
4020 University Drive, Suite 501
Fairfax, VA 22030
(703) 385-1701 - phone
(703) 385-1120 - facsimile
jrkellylaw@hotmail.com
Counsel for Plaintiff

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHRISTINA HENDRIX**<br>1930 Anchor Lane<br>Worden, IL 62097 | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | Case No. 2017 CA 001621 V |
| | : | |
| **MOHAMMED YOUSUF**<br>7313 Elgar Street<br>Springfield, VA 22151 | : | |
| | : | |
| **and** | : | |
| | : | |
| **UBER TECHNOLOGIES INC.**<br>1455 Market Street, 4th Floor<br>San Francisco, CA, 94103 | : | |
| | : | |
| **Serve Registered Agent:**<br>**National Registered Agents Incorporated**<br>1015 15th Street, NW<br>Suite 1000<br>Washington, DC 20005 | : | |
| | : | |
| **and** | : | |
| | : | |
| **RASIER, LLC**<br>1455 Market Street, 4th Floor<br>San Francisco, CA, 94103 | : | |
| | : | |
| **Serve Registered Agent:**<br>**National Registered Agents Incorporated**<br>1015 15th Street, NW<br>Suite 1000<br>Washington, DC 20005 | : | |
| | : | |
| **Defendants** | : | |

## JURY DEMAND

Plaintiff demands a jury trial on all issues presented herein.

-4-

Respectfully Submitted,

**LAW OFFICE OF ANDREW S. KASMER, P.C.**

*/s/ John Robert Kelly*

John Robert Kelly, Esquire #501783
4020 University Drive, Suite 501
Fairfax, VA 22030
(703) 385-1701 - phone
(703) 385-1120 - facsimile
jrkellylaw@hotmail.com
Counsel for Plaintiff



### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

CHRISTINA HENDRIX
Vs.                                                     C.A. No.        2017 CA 001621 V
MOHAMMED YOUSUF

### INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Robert E. Morin

Case Assigned to: Judge BRIAN F HOLEMAN
Date:  March 14, 2017
Initial Conference: 9:30 am, Friday, June 16, 2017
Location:  Courtroom 214
           500 Indiana Avenue N.W.
           WASHINGTON, DC  20001                                    Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief   Judge   Robert   E.   Morin

Caio.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

*Christina Hendrix*
_____
                                        Plaintiff

vs.                                              Case Number *2017 CA 001621*

*Rasier, LLC*
_____
                                        Defendant

## SUMMONS

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

| | |
|---|---|
| John R. Kelly, Esquire #501783 | *Clerk of the Court* |
| Name of Plaintiff's Attorney | |
| 4020 University Drive, Suite 501 | By _____ |
| Address    Fairfax, VA 22030 | Deputy Clerk |
| (703) 385-1701 | Date **4/20/2017** |
| Telephone | |

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요     ያስተረጉሙ ከፈለጉ በዚህ ስልክ ቁጥር ይደውሉ (202) 879-4828 ያነጋግሩ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                    CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

*Christina Hendrix*
_____ Plaintiff

vs.                                              Case Number *2017 CA 001621 V*

*Uber Technologies Inc.*
_____ Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

John R. Kelly, Esquire #501783

Name of Plaintiff's Attorney

4020 University Drive, Suite 501                    *Clerk of the Court*

Address   Fairfax, VA 22030                         By _____

(703) 385-1701                                      Date   4/20/2017

Telephone
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요.      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                    CASUM.doc

Filed
D.C. Superior Court
04/21/2017 15:39PM
Clerk of the Court

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHRISTINA HENDRIX** | * | |
| **Plaintiff** | * | **CASE NO.: 2017 CA 001621 V** |
| **v.** | * | **HONORABLE BRIAN F. HOLMAN** |
| **MOHAMMED YOUSUF, et al.** | * | <u>**NEXT EVENT**</u>: |
| | | **Initial Conference – June 16, 2017** |
| **Defendants** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### <u>CONSENT MOTION TO VACATE ORDER OF DEFAULT</u>

Defendant Mohammed Yousuf, by and through his attorneys, Jessica P. Butkera and Goldberg Segalla, LLP, and with the consent of Plaintiff Christina Hendrix, by and through her counsel, John R. Kelly and The Law Office of Andrew S. Kasmer, hereby moves to vacate the order of default entered against him and states:

1. This action was filed on March 14, 2017; the Complaint alleges that the Plaintiff was injured on July 15, 2014 while riding as a passenger in Mr. Yousuf's vehicle.

2. The Complaint was allegedly served on Mr. Yousuf in the Commonwealth of Virginia or about March 17, 2017.

3. On April 20, 2017, undersigned counsel contacted counsel for Ms. Hendrix and indicated she was retained to represent Mr. Yousuf.  That same day, the Court issued a Default Order to Mr. Yousuf.  Counsel for Ms. Hendrix agreed to vacate the Order of Default and allow undersigned counsel to file a verified answer on behalf of Mr. Yousuf.

WHEREFORE, Defendant Mohammed Yousuf, with the consent of Plaintiff

Christina Hendrix, respectfully requests that this Honorable Court Vacate the Order of Default and provide such further relief as may be necessary to effectuate the order vacating the Order of Default.

Respectfully submitted,

_____/s/ Jessica P. Butkera_____
Jessica P. Butkera, D.C. Bar No. 989329
Goldberg Segalla, LLP
One North Charles Street
Baltimore, Maryland  21201
Ph: (443) 615-7500
Fx: (443) 615-7599
jbutkera@goldbergsegalla.com
*Attorneys for Defendant*

_____/s/ John R. Kelly_____
John Robert Kelly, D.C. Bar No. 501783
The Law Office of Andrew S. Kasmer, P.C.
4020 University Drive, Suite 501
Fairfax, VA 22030
Ph: (703) 385-1701
Fx: (703) 385-1120
jrkellylaw@hotmail.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2017, I served a copy of the foregoing on the below parties via *CaseFileXpress*.


John Robert Kelly, D.C. Bar No. 501783
The Law Office of Andrew S. Kasmer, P.C.
4020 University Drive, Suite 501
Fairfax, VA 22030


_____/s/ Jessica P. Butkera_____

3

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHRISTINA HENDRIX** | * | |
| Plaintiff | * | **CASE NO.: 2017 CA 001621 V** |
| **v.** | * | **HONORABLE BRIAN F. HOLMAN** |
| **MOHAMMED YOUSUF, et al.** | * | <u>**NEXT EVENT**</u>: |
| Defendants | * | Initial Conference - June 16, 2017 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>ORDER</u>

Upon consideration of the Consent Motion to Vacate Order of Default, it is this _____ day of _____, 2017 hereby

**ORDERED** that the Consent Motion to Vacate Order of Default,  be and the same,  is **GRANTED** and that the Order of Default is hereby **VACATED**.

_____
HONORABLE BRIAN F. HOLMAN

*Copies: All parties of record*

4

Filed
D.C. Superior Court
04/27/2017 16:15PM
Clerk of the Court

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTINA HENDRIX | * | |
| Plaintiff | * | CASE NO.: 2017 CA 001621 |
| v. | * | HONORABLE BRIAN F. HOLMAN |
| MOHAMMED YOUSUF, et al. | * | NEXT EVENT: |
| Defendants | * | Initial Conference - June 16, 2017 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT MOHAMMED YOUSUF'S ANSWER
## TO PLAINTIFF'S COMPLAINT AND AMENDED COMPLAINT

Defendant Mohammed Yousuf, by and through his attorneys, Jessica P. Butkera and Goldberg Segalla, LLP, hereby files his Answer to Plaintiff's Complaint and Amended Complaint and states:

1. Paragraph 1 is a statement of jurisdiction under which no response is required.

2. Mr. Yousuf admits the allegations in Paragraph 2 of the Complaint and Amended Complaint.

3. Mr. Yousuf admits the allegations in Paragraph 3 of the Complaint and Amended Complaint.

4. Mr. Yousuf admits the allegations in Paragraph 4 of the Complaint and Amended Complaint.

5. Mr. Yousuf denies the allegations in Paragraph 5 of the Complaint and Amended Complaint and demands strict proof thereof.

6. Mr. Yousuf lacks sufficient knowledge to either admit or deny the allegations

in Paragraph 6 of the Complaint.  To the extent a response is required, Mr. Yousuf

denies the allegations contained in Paragraph 6 of the Complaint and reserves the right

to amend this denial if and when necessary.

**WHEREFORE**, Defendant Mohammed Yousuf respectfully requests that this

Honorable Court:

a.     Dismiss Plaintiff's Complaint and Amended Complaint with prejudice;

b.     Grant any further relief that this Court deems necessary based on the facts and
circumstances of this case.

                              Respectfully submitted,


                              _____/s/ Jessica P. Butkera_____
                              Jessica P. Butkera, D.C. Bar No. 989329
                              Goldberg Segalla, LLP
                              One North Charles Street
                              Baltimore, Maryland  21201
                              Ph: (443) 615-7500
                              Fx: (443) 615-7599
                              jbutkera@goldbergsegalla.com
                              *Attorneys for Defendant*

## VERIFICATION

I, Mohammed Yousuf, solemnly swear and affirm under criminal penalties for the making of a false statement that I have read the foregoing Answer to Plaintiff's Complaint and Amended Complaint and that the factual statements made in it are true to the best of my personal knowledge, information, and belief.

_____                    _04/24/2017_
Mohammed Yousuf,                            Date
Defendant

## JURY DEMAND

Defendant respectfully requests that this matter be resolved by a jury trial.

Respectfully submitted,

_/s/ Jessica P. Butkera_
Jessica P. Butkera, D.C. Bar No. 989329
Goldberg Segalla, LLP
One North Charles Street
Baltimore, Maryland  21201
Ph: (443) 615-7500
Fx: (443) 615-7599
jbutkera@goldbergsegalla.com
*Attorneys for Defendant*

6536765.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2017, I served a copy of the foregoing on the below parties via *CaseFileXpress*.

John Robert Kelly, D.C. Bar No. 501783
The Law Office of Andrew S. Kasmer, P.C.
4020 University Drive, Suite 501
Fairfax, VA 22030
      1.

                                      /s/ Jessica P. Butkera